U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR - 3 2017

TONY R. MOORE, CLERK
BY: _____ M3 _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES D. LUEDTKE, Petitioner | CIVIL ACTION NO. 1:16-CV-1128-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 petition is hereby DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 3rd day of April, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE